1010

No. 95–8693. WOOLDRIDGE v. SCOTT, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–8694. YOUNKIN v. SOBINA, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT SOMERSET. C. A. 3d Cir. Certiorari denied.

No. 95–8696. TURNER v. CLINTON, PRESIDENT OF THE UNITED STATES, ET AL.; TURNER v. ERVIN; TURNER v. KUYKENDALL; TURNER v. KUYKENDALL; and TURNER v. AUGUSTA COUNTY SHERIFF'S DEPARTMENT ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–8707. LINK v. UNITED STATES ET AL. C. A. 8th Cir. Certiorari denied.

No. 95–8720. BARZILLA v. UNITED STATES POSTAL SERVICE. C. A. 9th Cir. Certiorari denied.

No. 95–8742. AMARILLE v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 95–8756. BORDEN v. MASSACHUSETTS. C. A. 1st Cir. Certiorari denied.

No. 95–8814. MURRAY v. ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 95–8833. CROASMUN v. FRANK, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT CRESSON. C. A. 3d Cir. Certiorari denied.

No. 95–8846. PHILLIPS v. JAMES, GOVERNOR OF ALABAMA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–8874. JOHNSON v. DELAWARE. Sup. Ct. Del. Certiorari denied.

No. 95–8902. HALL v. DIPAOLO, SUPERINTENDENT, MASSACHUSETTS CORRECTIONAL INSTITUTION. C. A. 1st Cir. Certiorari denied.

No. 95–8917. JONES v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.